IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER W. SANDERSON                                          PLAINTIFF
ADC #131483

V.                          NO: 4:17CV00174 JLH-PSH

STEVE LOPEZ, *et al.*                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. Sanderson is required to amend his complaint within thirty days to provide more information regarding his black mold claim.

2. The remainder of Sanderson's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

DATED this 12th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE