# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTOPHER W. SANDERSON                                                      PLAINTIFF
ADC #131483

v.                              No: 4:17-cv-00174 JLH-PSH

STEVE LOPEZ, *et al.*                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

Lopez is awarded summary judgment and Sanderson's claim(s) against him are dismissed with prejudice. It is further ordered that the Court certifies that an *in forma pauperis* appeal taken from the order adopting this recommendation and accompanying judgment is considered frivolous and not in good faith.

DATED this 25th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE